# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2023

## NO. 03-23-00239-CV

**Otis Roofing, LLC and Forest James, Appellants**

**v.**

**Joel Juarez, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on March 24, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.